**FILED 3**

**FILED** JAN 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**FILED**
2007 OCT 11  A 11: 24

U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

OSCAR BECK, Jr.,

Plaintiff,

v.

UNITED STATES MARINE CORP.

Defendant,

_____/

Civil Action No. 5:07-CV-14101
HONORABLE JOHN CORBETT O'MEARA
UNITE

Case: 1:08-cv-00137
Assigned To : Unassigned
Assign. Date : 1/24/2008
Description: Pro Se General Civil

*CASE RE-ASSIGNED*
*APR 11 2008*
*TO ORIGINAL J. RMU*

## OPINION AND ORDER TRANSFERRING PLAINTIFF'S CIVIL RIGHTS COMPLAINT TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Oscar Beck, Jr. , ("plaintiff"), presently confined at the Florence Crane

Correctional Facility in Coldwater, Michigan, has filed a civil rights complaint in this

district against the defendant pursuant to 42 U.S.C. § 1983. In his complaint, plaintiff

claims that he was wrongfully discharged by the United States Marine Corp. when he

was stationed at Camp Pendleton in California. Plaintiff seeks an order compelling the

Marine Corp. to upgrade his discharge to honorable. For the reasons stated below, the

Court will transfer this matter to the United States District Court for the District of

Columbia for further proceedings.

### I. DISCUSSION

Venue is in the judicial district where either all defendants reside or where the

claim arose. *Al-Muhaymin v. Jones*, 895 F. 2d 1147, 1148 (6th Cir. 1990); 28 U.S.C. §

1391(b). For the convenience of parties and witnesses, in the interest of justice, a

district court may transfer any civil action to any other district or division where the

1

I hereby certify that the
foregoing is a true copy of the
original on file in this office.
By
Deputy Clerk
DAVID J. WEAVER

1

action might have been brought. *See United States v. P.J. Dick, Inc.*, 79 F. Supp. 2d 803, 805-06 (E.D. Mich. 2000)(Gadola, J.); 28 U.S.C. § 1404(a). Venue of a lawsuit may be transferred *sua sponte* for the convenience of parties or witnesses. *Sadighi v. Daghighfekr*, 36 F. Supp. 2d 267, 278 (D.S.C. 1999).

The factors that guide a district court's discretion in deciding whether to transfer a case include: (1) the convenience of the witnesses; (2) the location of relevant documents and the relative ease of access to sources of proof; (3) the convenience of the parties; (4) the locus of the operative facts; (5) the availability of process to compel the attendance of unwilling witnesses; (6) the relative means of the parties; (7) the forum's familiarity with governing law; (8) the weight accorded the plaintiff's choice of forum; and (9) trial efficiency and interests of justice, based upon the totality of the circumstances. *Overland, Inc. v. Taylor*, 79 F. Supp. 2d 809, 811 (E.D. Mich. 2000)(Gadola, J.).

The United States District Court for the Eastern District of Michigan lacks venue to entertain plaintiff's complaint in which he seeks various types of relief in connection with his allegedly improper discharge by the Marines, because the cause of action did not arise in the Eastern District of Michigan, plaintiff does not reside in the Eastern District of Michigan, [1] and no alleged act of omission on the part of the Marine Corps occurred in Michigan. *See Boruski v. U.S. Government*, 70 F.R.D. 553, 556 (D. Mass. 1976). Because plaintiff appears to be seeking declaratory relief against the Department of the Navy and the Board for Correction of Naval Records, venue for his

---

[1] Plaintiff is incarcerated at the Florence Crane Correctional Facility in Coldwater, Michigan, which is in the Western District of Michigan.

2

suit would appear to be proper in the United States District Court for the District of

Columbia. *See Smith v. Dalton,* 927 F. Supp. 1, 6 (D.D.C. 1996). Accordingly, this

matter will be transferred to the United States District Court for the District of Columbia

for further proceedings.

## II. ORDER

Accordingly, the Court **ORDERS** the Clerk of the Court to transfer this case to

the United States District Court for the District of Columbia pursuant to 28 U.S.C. §

1404(a).

DATED: 10/3/07

**HON. R. STEVEN WHALEN**
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Oscar Beck,

Plaintiff(s),

v.

Case No. 5:07−cv−14101−JCO−DAS
Hon. John Corbett O'Meara

United States Marine Corps,

Defendant(s).

## NOTICE OF TRANSFER TO OTHER DISTRICT

TO:  U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Enclosed are certified copies of the Order of Transfer and the docket sheet.  The case record is electronic and can be viewed at our Court's Intranet website via the J−Net.

Please acknowledge receipt of this record by returning a time−stamped copy of this notice to:

Clerk's Office
U.S. District Court for the Eastern District of Michigan
200 East Liberty Street, Room 120
Ann Arbor, MI
48104
(734) 741−2380

## Certification

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

DAVID J. WEAVER, CLERK OF COURT

By: s/ B. Socia
Deputy Clerk

Dated:  October 12, 2007

CIVIL RIGHTS, CLOSED, sa_db

## U.S. District Court
### Eastern District of Michigan (Ann Arbor)
### CIVIL DOCKET FOR CASE #: 5:07-cv-14101-JCO-DAS
### Internal Use Only

Beck v. United States Marine Corps
Assigned to: Honorable John Corbett O'Meara
Referred to: Honorable Donald A Scheer
Cause: No cause code entered

Date Filed: 09/28/2007
Date Terminated: 10/11/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Oscar Beck**

represented by **Oscar Beck**
155893
FLORENCE CRANE CORRECTIONAL
FACILITY
38 FOURTH STREET
COLDWATER, MI 49036
PRO SE

V.

**Defendant**

**United States Marine Corps**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2007 | 1 | COMPLAINT filed by Oscar Beck against United States Marine Corps (TMcg) (Entered: 10/01/2007) |
| 09/28/2007 | 2 | APPLICATION to Proceed without prepayment of fees by Oscar Beck. (TMcg) Additional attachment(s) added on 10/1/2007 (McGovern, T). (Entered: 10/01/2007) |
| 10/11/2007 | 3 | OPINION AND ORDER TRANSFERRING CASE to USDC DC. Signed by Honorable R. Steven Whalen. (BSoc) (Entered: 10/12/2007) |
| 10/12/2007 | 4 | NOTICE transferring case to *DISTRICT OF COLUMBIA*. (BSoc) (Entered: 10/12/2007) |

I hereby certify that the
foregoing is a true copy of the
original on file in this office.
By _____
Deputy Clerk
DAVID J. WEAVER

CLOSED

# U.S. District Court
## Eastern District of Michigan (Ann Arbor)
### CIVIL DOCKET FOR CASE #: 5:07-cv-14101-JCO-DAS

Beck v. United States Marine Corps
Assigned to: Honorable John Corbett O'Meara
Referred to: Honorable Donald A Scheer
Cause: No cause code entered

Date Filed: 09/28/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Oscar Beck**                                     represented by    **Oscar Beck**
                                                                     155893
                                                                     FLORENCE CRANE
                                                                     CORRECTIONAL FACILITY
                                                                     38 FOURTH STREET
                                                                     COLDWATER, MI 49036
                                                                     PRO SE

V.

**Defendant**

**United States Marine Corps**

01/03/2008 6:33 AM

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2007 | 1 | COMPLAINT filed by Oscar Beck against United States Marine Corps (TMcg) (Entered: 10/01/2007) |
| 09/28/2007 | 2 | APPLICATION to Proceed without prepayment of fees by Oscar Beck. (TMcg) Additional attachment(s) added on 10/1/2007 (McGovern, T). (Entered: 10/01/2007) |
| 10/11/2007 | 3 | OPINION AND ORDER TRANSFERRING CASE to USDC DC. Signed by Honorable R. Steven Whalen. (BSoc) (Entered: 10/12/2007) |
| 10/12/2007 | 4 | NOTICE transferring case to *DISTRICT OF COLUMBIA*. (BSoc) (Entered: 10/12/2007) |
| 11/27/2007 | 5 | REQUEST for counsel by Oscar Beck. (BSoc) (Entered: 11/28/2007) |
| 11/27/2007 | 6 | Letter from Oscar Beck, Jr. (BSoc) (Entered: 11/28/2007) |

**5:07-cv-14101-JCO-DAS**

01/03/2008 6:33 AM

07-14101   F I L E D  10

NOV 27 2007
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

D 11/13/07

To WHOM IT MAY CONCERN

1) REQUEST FOR ARTICLE #32 INVESTIGATION. 2) REQUEST FOR DEFENSE COUNSEL FOR GENERAL (OR) SPEICAL COURT MARTIAL. 3) REQUEST FOR ADMINISTRATIVE DISCHARGE BOARD SERVICE'S. 4) FORWARDING AN AFFIRMATIVE CLAIM FOR LOSSES'S AND DAMAGE. REQUEST FOR OFFICER BOARD OF INQUIRY SERVICE'S.

I KNOW I MAY NOT NEED ALL OF THE SERVICE'S, I'M NOT A LAWYER. BUT I AM ON MEDS FOR MY MENTAL PROBLEM THAT CAME FROM THE ACTSERDENT I SUFFER WHILE ON ACTIVE DUTY WITH THE MARINE CORPS AND I DON'T UNDERSTAND MOST OF THESE LAWS + REGULATION AND RULES. I'M DIS-ABLE TO WORK! AND MY PROBLEM CAME FROM THE INJURY I SUFFER FROM THE SERVICE I HAVE LITTLE SCHOOLING + NEED A LAWYER HELP WITH THIS (MY CASE). SO OVER LOOK THE MISTAKE'S. "PLEASE" SEND ALL PAPER WORK BACK TO ME? Oscar Beal J. P-155893

S.S.N. ▓▓▓▓

11/13/07
AND THANKS FOR YOUR CARE OF THESE MATTERS

1   Oscar Beck Jr -                                    11/13/07

"Hello" To whom it may concern, I am a
Veteran of the U.S. Marine Corps, And I
Have A Rating Decision Already, for my
Injurys, I suffer while on Active Duty,
In the Marine's in 1975-1976. I was in
I.T.U. (Trianning Unit) After boot camp
was over. I am in need of Legal Help for
my claim (Now) A case. I am sending you
the Letter from the B.C.N.R. from this
year, that they Denied me for ~~readsice~~
~~asone~~ A Discharge (up grade). I Have A
undesirable Discharge. And I Also Just
found out that for all these years
they have had me As Being (Dishonnorably
Discharge. And this is without my know-
-ing of it? I signed Nothing Saying (Dis-
Honnorable). ~~~~ So they have Voil-
-Ated my Rights. My Rating Decision Say
1) Right Knee , 2) Left Knee  3) Right Tigh
And 4) Head Aches Are Astablish under
38 USCA Something. But they Say,
Because of the Type of Discharge I've
got they will Not pay me compensation
Disability. And this is Very wrong of
the Marine's. If they Have me coded As
(Dis-Honnorable) for All these years. I

Larry Bush Jr ————                        10/13/07

2   MEANS I HAVE NOT BEEN GIVEN THE RIGHT
MEDICAL TREATMENT AT EITHER V. A. HOSS
ALLEN DARK V. A. HOSS IN ALLEN DARK
MICHIGAN (THE OLD ONE) OR THE NEW ONE
JOHN DINGELL IN DOWN TOWN DETROIT MICHI-
-GAN EITHER. (BECAUSE FOR ONE, I GOT HURT
BEFORE I TOOK ~~THE~~ (OR) SIGNED THE U.D DIS-
CHARGE. (AND IT WAS ONLY SUPPOSED TO
BE FOR THE GOOD OF THE SERVICE ANYWAY FROM
WHAT I WAS TOLD AT THE TIME). AND I'VE
FOUND OUT THAT THE WAY I WAS INDUCTED
IN THE MARINE CORPS, THAT THEY SHOULDN'T
HAVE SIGNED ME OUT THIS WAY ALSO? AND
IT CLEARLY SAYS (IN WEST FEDERAL PRACTICE
DIGEST 4TH ARMED SERVICE'S 3B - 3C BOOKS
THAT IF YOU DON'T HAVE A (DISHONORABLE
DISCHARGE) YOU ARE SUPOSED TO GET COMP-
-ENSATION PAYMENT FOR INJURYS SUFFER
IN THE LINE OF DUTY. AND I SIGNED ONLY
FOR A UNDESIRABLE DISCHARGE → (NOTHING(ELES)
AND IF THEY CODED ME WITH SOME ORHER
DISCHARGE (OR) WHAT EVER THEY DONE. IT
IS NOT RIGHT AND WITH OUT MY KNOWING
ABOUNT IT, FOR ALL THESE YEARS. WITHOUT
BENEFITS I EARNED FOR GOING THREW
BOUT CAMP AND BEING READY TO FIGHT
FOR MY COUNTRY AND ALL. ALL THESE YEARS
WITH OUT THE RIGHT MEDICAL TREATMENT

3

Oscar Reed Jr — ████████ → 10/13/07

Is clearly A Voilation of my Rights I am Sending you my claim As to what Happen while I was in the (U.S. Marines Corps) and the Denial Letter they Sent me Back from the (B.C.N.R.) and the Discharge Review Board, Had me Send my Package Back to Board for correction of Naval Record Again. And Here as the Latest Letter Saying the Same Thing. I am Also Sending A copy of my case I Have with U.S. Marine Corps as of 10/12/07 "Please' Send All Documents Back To me Please. See U.S. District Court for the Eastern District of Michigan (200 East Liberty Street, Room 120, (Ann Arbor, Michigan) #48104)

Phone 734(741-2380)
By - B. Socia → Deputy Clerk

Please Send All Documents and Paper work Back to me, with your Answer

And Thank you for your care of these Matters.
By For Now

*11/13/07*

*THis is wHAts wrong*

Hello Mr

~~This~~ . I have a (undersirable discharge under other than honorable condition). I also have a rating decision for (1) right knee, (2) left knee, (3) right tigh, and (4) headaches are established under, 38 U.S.C.A. something, and I get treated at the V.A. hospital in downton Detroit for some of my injurys *NOT All*, but Veteran Admin, say they will not pay compensation for my injury I suffered on active duty, because of my discharge. I got hurt well before I excepted the U.D. discharge,to not be court martial. they didn't give me any forms or information telling me of what benifits,I would lose by siging the discharge paper or did I have a lawyer there when I signed it either. I feel my rights were violated when the officer came to the jail cell and asked us,who ever would sign the discharge would go home. Thats why I signed the discharge to get out of Marine Corps and go home to my future wife and babys, and signing the U.D. undersirable discharge, it was under duress at the time being locked up and all.

Now for my enlistment contract, the recruiter had my school record altered to say or show that I finished high school, which I did not, in 1975, and you had to have finished high school to get in the service. he also had me sign away all of the bonus programs they had available at the time. I was inducted not, just one, but all of them, and I needed them for myself and my young family. he told me I would be guaranteed dissel machinist training right after boot camp training was over also. Which never happen, (I found all this after boot camp was over, what he had done to me.) It say in west Federal practice digest 4th books(White V. Secretary of Army 878. F2d. 501. (D.C. cir. 1989) armed services # 22 (; members of the military service could not be separated by means of an undersirable discharge on basis of his past bad record, and his future prospects for wrong doing, where court martial, he was facing at the time had no authority to impose such a discharge, and where his own request for discharge was based on erroneous advice by his apointed military counsel.)

*Elcoy Beck Jr*

-1-



(This is for wrongful discharge) west Federal practice digest 4th books White V. Secretary of Army 878. F2d. 501 D.C. cir. 1989 armed services # 22; remedy for procedury impropriety in imposing undersirable discharge without appropriate administrative hearing would be to treat service member as if he completed his full term and to require that Army give him either an honorable or general discharge where 17 years has passed since service members discharge. (This is for enlistment contract) west Federal practice digest 4th books (1) Qualls V. Rumsfeld 412. F. Supp. 2d. 40; recission of enlistment is proper if recurite was induced to enter into contract by fraud or false representations even if misrepresentations was innocently or non-negligently made.

(2) West Federal practice digest 4th books U.S.C.A. const. Amend # 5. Cononica V. U.S. 41. Fed. ci. 516. (Fed. ci. 1988) armed services; enlisted members of the armed forces has a liberty intrest in his employment, (which prevents the military from discharging a service's member without due process in case's where a stigma would attach to the discharge.) (3) West Federal pratice digest 4th books (Constitutional law 251.6); procedual due process generally requires notice of and form of predeprivation hearing, (U.S.C.A. const. Amend. 14) West Federal pratice digest 4th books. (3) Tippett V. U.S. 185. F3d. 1250. (Fed. cir. 1999; armed services # 9; information is considered misleading for purpose of cliaming that provision of information amounted to misreppresentation that rendered discharge involuntary, (if a reasonable person would have been mislead by the misrepresentations.) The misleading information can be negligent or even innocently provided and if the employment materially relies on the misrepresentation or misinformation (to his detriment) his retirement was or is considered involuntary. Henry V. Dept.. of Navy 886. F. Supp. 686. (E.D. ark 1995) armed services # 48; circumstances as a whole did not show that armed service member knowingly voluntaryly and intelligently waived his right to court martial when he inter guilty plea. and receiving undersirable discharge. (West Fed. pratice digest 4th book).

*Oscar Beck Jr.*

-2-

11/13/07

I was disaproved from the board for correction of Naval records on 2/28/97 and just now 11/15/06 I would like to appeal right away, but I am writing on my record to come back, so I can have everything, I need to go forward with my claim or case, but I do really need help from a attorney.  I hope that you will think about taking my case Sir.. and we can make payment arrangement if you want, I do receive S.S.I. and after I'm out also, and thank you for your care of this matter.

Please respond soon as possible, I have a list of lawyers from the N.V.L.S.P. where I got your name and address from, If you take my case I will send you whatever you need that I can get. "PLEASE HELP" (Casey Beck) {I can't Do this By Myself.?}

by for now,

Casey Beck Jr #155893

S-S-N ████████

CASE No → 5:07 - CV - 14101 - JCO - DAS
HON. (JOHN CORBETT O'MEARA)

10/13/07

-3-

OH DOCKET No → 6713 -96



**DEPARTMENT OF VETERANS AFFAIRS**
Regional Office
Patrick McNamara Federal Building
477 Michigan Avenue
Detroit, MI 48226-2591

September 17, 2007

OSCAR BECK #155893 E-88
FCCF
38 FOURTH ST
COLDWATER, MI 49036

In Reply Refer To:  329/217PA
CSS 367644282

Dear Mr. Beck

This acknowledges receipt of your recent Freedom of Information Act (FOIA) - Privacy Act request, and to inform you of the decision to grant to you access to the requested records if found, and not exempted from disclosure by law. Any releasable sections of the requested records shall be provided to you after deletion of the parts that are exempt. You may expect to receive a response as promptly as possible. Our statewide telephone number is 1-800-827-1000.

Sincerely,

*Laurine J. Carson*

Laurine J. Carson
Veterans Service Center Manager



**DEPARTMENT OF THE NAVY**
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON DC 20370-5100

WDP:smw:wma
Docket No.6713-96
September 12, 2007

MR OSCAR BECK JR #155893 E-88
FLORENCE CRANE FACILITY
38 FUNERAL STREET
COLD WATER MI   49036

Dear Mr. Beck:

This is in reference to your application, DD Form 149, dated
August 22, 2007.  You previously petitioned the Board and
were advised in our letter of February 28, 1997, that your
application had been disapproved.

Your current application has been carefully examined.
Although, at least some of the evidence you have submitted
is new, it is not material.  In other words, even if this
information was presented to the Board, the decision would
inevitably be the same.  Accordingly, reconsideration is not
appropriate at this time.

It is regretted that the facts and circumstances of your
case are such that a more favorable reply cannot be made.

                    Sincerely,

                    W. DEAN PFEIFFER
                    Executive Director

# CIVIL COVER SHEET FOR PRISONER CASES

| | |
|---|---|
| **Case No.** 07-14101 | **Judge:** John Corbett O'Meara    **Magistrate Judge:** Donald A. Scheer |

| | |
|---|---|
| **Name of 1st Listed Plaintiff/Petitioner:**<br><br>Oscar Beck, Jr. | **Name of 1st Listed Defendant/Respondent:**<br><br>U S Marine Corp |
| **Inmate Number:** 155893 | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | |
| **Correctional Facility:**<br>Florence Crane Correctional Facility<br>38 Fourth Street<br>Coldwater, MI 49036<br>BRANCH COUNTY | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. **Is this a case that has been previously dismissed?**
   ☐ Yes        ☐ No
   ➤ If yes, give the following information:

        Court: _____

        Case No: _____

        Judge: _____

2. **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**
   ☐ Yes        ☐ No
   ➤ If yes, give the following information:

        Court: _____

        Case No: _____

        Judge: _____

MIED (Rev. 07/06) Civil Cover Sheet for Prisoner Cases

MIED (Rev.2/07) Prisoner Civil Rights Complaint

10

| Case Number | Judge | Magistrate Judge |
|---|---|---|
| | | |

Case: 5:07-cv-14101
Assigned To: O'Meara, John Corbett
Referral Judge: Scheer, Donald A
Filed: 09-28-2007 At 10:47 AM
CMP BECK V. U S MARINE CORP (TAM)

# PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

**Plaintiff's Information**

| Name | Oscar Beck Jr | Prisoner No. | 155893 |
|---|---|---|---|

| Place of Confinement | Florence Crane Correctional Facility |
|---|---|

| Street | 38 Fourth Street | City | Coldwater | State | Mich | Zip Code | 49036 |
|---|---|---|---|---|---|---|---|

| Are there additional plaintiffs? | ☑ Yes | ☐ No |
|---|---|---|

*If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide names, prisoner numbers and addresses for all plaintiffs.*

**Defendant's Information**

| Name | U.S. Marine Corp | Position | Armed Services |
|---|---|---|---|

| Street/P.O. Box | | City | Camp Pendleton | State | Calif | Zip Code | |
|---|---|---|---|---|---|---|---|

| Are you suing this defendant in his/her: | ☐ Personal Capacity | ☑ Official Capacity | ☑ Both Capacities |
|---|---|---|---|

| Are you suing more than one defendant? | ☑ Yes | ☐ No |
|---|---|---|

*If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.*

1

MIED (Rev. 2/07) Prisoner Civil Rights Complaint

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☐ Yes          ☑ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| Docket or Case Number: |
| --- |
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

| Docket or Case Number: |
| --- |
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

| Docket or Case Number: |
| --- |
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

*Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.*

2

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

1) U.S. Marine Corp - For Breact of Contract (Enlistment)

2) And Voilation of Discharge Rule's And Regulation.

## III. RELIEF

State briefly and exactly what you want the Court to do for you.

Upgrade My Discharge To Honnorable Condition (or) General under Honnorable Condition.

See Attach Page #1 And #2

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on ___7/21/07___ (date).

_Osey Beck Jr._
Signature of Plaintiff  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

3

P-1  All Laws Are From (West Fed Practice Digest 4th Book)

1) (VET, APP, 1999) Active Military, Naval (or) Air Services, is a basic prerequisite for receipt of Any Veteran Affair (V.A.) benefits by a Veteran (or) by a person claiming benefits based on (An-entitled) status as a Veteran! (@ MANLINCON (V.) West, 12, VET APP. -→ 238.)

2) (VET. APP. 1998) Veteran Affairs (V.A.) must request verification of Service from Service Department findings are binding on V.A. For purposes of establishing service in United States Armed Forces second verification may be required that Service's Department's certification was based on erroneous information @ (38 C.F.R. 3.20 (c)  LARVAN (V.) West 11, VET APP. 80).

3) (VET. APP. 1998) To extent that Veteran disagreed with assigned discharge classification of his Military Service He was required to raise that concern with Department of Navy or Marines Not the department of (V.A.) Veteran Affairs Service Department on more than one occasion had informed both the (V.A.) and Veteran that
        — Over To page #2

— Over To page #2

9/21/07 — 361-644282

P-#2   dischange was not Dishonnorable, And V.A.
And court of Appeal for Veteran were with-
out Authority To Abrogate statutory Re-
-quinement of qualifying Service's; (1) 10 U.S.CA.
1552 (A)(1); 38 C.F.R. 3.203(c)   LARUAN (V,)
West 11. VET. APP. 80.

(2) 38. U.S.CA. 101
ET. Seg. 101(2)   LARUAN (V,) West 11. VET.
APP. 80.

9/21/07 — 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

Oscar Beck Jr.

*Oscar Beck Jr*

9/21/01

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

Hello Mr

~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ I have a (undersirable discharge under other than honorable condition). I also have a rating decision for (1) right knee, (2) left knee, (3) right tigh, and (4) headaches are established under, 38 U.S.C.A. something, and I get treated at the V.A. hospital in downton Detroit for some of my injurys _NOT All!_, but Veteran Admin, say they will not pay compensation for my injury I suffered on active duty, because of my discharge. I got hurt well before I <u>excepted</u> the U.D. discharge, to not be court martial. they didn't give me any forms or information telling me of what benifits, I would lose by siging the discharge paper or did I have a lawyer there when I signed it either. I feel my rights were violated when the officer came to the jail cell and asked us, who ever would sign the discharge would go home. Thats why I signed the discharge to get out of Marine Corps and go home to my future wife and babys, and signing the U.D. undersirable discharge, it was under <u>duress</u> at the time being locked up and all.

Now for my enlistment contract, the recruiter had my school record altered to say or show that I finished high school, which I did not, in 1975, and you had to have finished high school to get in the service. he also had me sign away all of the bonus programs they had available at the time, I was inducted, not, just one, but all of them, and I needed them for myself and my young family. he told me I would be guaranteed dissel machinist training right after boot camp training was over also. Which never happen, (I found all this after boot camp was over, what he had done to me.) It say in West Federal practice digest 4th books (White V. Secretary of Army 878. F2d. 501. (D.C. cir. 1989) armed services # 22 (; members of the military service could not be separated by means of an undersirable discharge on basis of his past bad record, and his future prospects for wrong doing, where court martial, he was facing at the time had no authority to impose such a discharge, and where his own request for discharge was based on erroneous advice by his apointed military conusel.)

-1-

9/21/07

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

(This is for wrongful discharge) west Federal practice digest 4th books White V. Secretary of Army 878. F2d. 501 D.C. cir. 1989 armed services # 22; remedy for procedury impropriety in imposing undersirable discharge without appropriate administrative hearing would be to treat service member as if he completed his full term,and to require,that Army give him either an honorable or general discharge,where 17 years has passed since service members discharge. (This is for enlistment contract)west Federal practice digest 4th books (1) Qualls V. Rumsfeld 412. F. Supp. 2d. 40; recission of enlistment is proper,if recurite was induced to enter into contract by,fraud or false representations,even if misrepresentations was innocently or non-negligently made.

(2) West Federal practice digest 4th books U.S.C.A. const. Amend # 5. Cononica V. U.S. 41. Fed. ci. 516. (Fed. ci. 1988) armed services; enlisted members of the armed forces has a liberty intrest in his employment,(which prevents the military from discharging a service's member without due process)in case's where a stigma would attach to the discharge.) (3) West Federal pratice digest 4th books (Constitutional law 251.6); procedural due process generally requires notice of and form of predeprivation hearing, (U.S.C.A. const. Amend. 14) West Federal pratice digest 4th books. (3) Tippett V. U.S. 185. F3d. 1250. (Fed. cir. 1999; armed services # 9; information is considered misleading for purpose of cliaming that provision of information amounted to misrepporesentation that rendered discharge involuntary,(if a reasonable person would have been mislead by the misrepresentations.) The misleading information can be negligent or even innocently provided and if the employment materially relies on the misrepresentation or misinformation (to his detriment,) his retirement was or is considered involuntary. Henry V. Dept.. of Navy 886. F. Supp. 686. (E.D. ark 1995) armed services # 48; circumstances as a whole did not show that armed service member knowingly, voluntaryly,and intelligently waived his right to court martial,when he inter guilty plea. and receiving undersirable discharge. (West Fed. pratice digest 4th book).

-2-

9/21/07

3676 4-4282

Oh I was disaproved from the board for correction of Naval records on 2/28/97 and just now 11/15/06 I would like to appeal right away, but I am writing on my record to come back, so I can have everything, I need to go forward with my claim or case, but I do really need help from a attorney. I hope that you will think about taking my case Sir.. and we can make payment arrangement if you want, I do receive S.S.I. and after I'm out also and thank you for your care of this matter.

Please respond soon as possible, I have a list of lawyers from the N.V.L.S.P. where I got your name and address from, If you take my case I will send you whatever you need that I can get.

*Stacy Book.*

by for now,

-3-

9/21/07
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



**DEPARTMENT OF THE NAVY**
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON DC 20370-5100

WDP:smw:wma
Docket No.6713-96
November 15, 2006

MR OSCAR BECK JR 155893 C12
CRANE CORRECTIONAL FACILITY
38 FOURTH STREET
COLD WATER MI  49036

Dear Mr. Beck:

This is in reference to your application, DD Form 149, dated
September 29, 2006.  You have previously petitioned the
Board and were advised in our letter of February 28, 1997,
that your request has been disapproved.

Your current application has been carefully examined.
Although, at least some of the evidence you have submitted
is new, it is not material.  In other words, even if this
information was presented to the Board, the decision would
inevitably be the same.  Accordingly, reconsideration is not
appropriate at this time.

It is regretted that the facts and circumstances of your
case are such that a more favorable reply cannot be made.

Sincerely,

W. DEAN PFEIFFER
Executive Director