MIED (Rev. 4/06) Application for Prisoner to Proceed Without Prepayment of Fees or Costs - Civil Rights Actions

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**FILED**

JAN 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OSCAR BECK JR.

v.

U.S. MARINE CORPS,

Case: 5:07-cv-14101
Assigned To : O'Meara, John Corbett
Referral Judge: Scheer, Donald A
Assign. Date : 09/28/2007 @ 10:47 a.m.
Description: CMP BECK V. U S MARINE CORP (TAM)

08 0137

## APPLICATION FOR PRISONER TO PROCEED
## WITHOUT PREPAYMENT OF FEES OR COSTS

THIS APPLICATION IS FOR (check one): New Case ☑ Appeal ☐

I, OSCAR Beck Jr, declare that I am the:

plaintiff ☑
appellant ☐

in the above-entitled proceeding and I believe I am entitled to redress. In support of my application to proceed without being required to prepay fees or costs or give security, I state that because of my poverty I am unable to prepay the costs and fees. I acknowledge that **I am liable for payment of the filing fee ($350.00 for a new case or $455.00 for an appeal)**, and I authorize the correctional facility in which I am currently housed to (1) provide information about my trust fund account to the federal court; and (2) withdraw from my trust fund account and forward to the federal court (a) an initial partial filing fee for this action (20% of the greater of my average monthly deposits or average monthly balance for the past 6 months) and (b) subsequent monthly payments (20% of my previous month's deposits), as ordered by the federal court, until I have paid the full filing fee for this action.

In support of this application, I have provided answers to the following questions.

1. Are you employed at the institution?            Yes ☑   No ☐

   Do you have any money in a prison or jail account?   Yes ☐   No ☑

If your answer to either question above is yes, attach a certified copy of your trust fund account statement for the six month period immediately preceding the filing of the complaint or notice of appeal. This must be obtained from an authorized official of each prison at which you are, or were, confined. (See Page 3.)

2. In the last 12 months, have you received money from any of the following sources?

   a. Business, profession or other self-employment   Yes ☐   No ☑

    b. Rent payments, interest or dividends    Yes ☐    No ☑
    c. Pensions, annuities or life insurance payments    Yes ☐    No ☑
    d. Gifts or inheritances    Yes ☑    No ☐
    e. Other sources    Yes ☐    No ☑

If you answered yes to any of these questions, state the source of the money and the amount that you received.

Source: _____
Amount: _____

3. Do you have any money in a:

    a. Checking account    Yes ☐    No ☑
    b. Savings account    Yes ☐    No ☑

If your answer to either "a" or "b" above is yes, state the total amount.
Amount: _____

4. Do you own or have any interest in real estate, stocks, bonds, notes, vehicles, or other valuable property or assets (excluding ordinary household furnishings and clothing)?
    Yes ☐    No ☑

If you answered yes, describe the property and state its approximate value.

Property description: _T.V._____ Value: $95.00
Property description: _____ Value: ____

5. List the people who are dependent on you for support, state your relationship to each person and how much you contribute to their support.

Relationship: _Sabreina Toby_____ Amount: _what ever_
Relationship: _Lakisha Clark_____ Amount: _what ever_
Relationship: _Oscar Clark_____ Amount: _what ever_
Relationship: _Anglia Clark_____ Amount: _what ever possible_

I declare under penalty of perjury that the foregoing is true and correct.

Date: _7/24/07_      _Lacy Beck_ 361-64-428
                         Signature of Applicant and Prisoner No.

_A.C.F._
Address (including name of institution)

_38 Fourth Street_
_Coldwater Michigan_
_#49036_

United States District Court
Eastern District of Michigan

CASE NO.

v.

JUDGE
MAGISTRATE JUDGE

_____/

## CERTIFICATION REGARDING TRUST FUND ACCOUNT

(To be completed by an authorized prison official)

Attached is a computer printout which accurately reflects the current spendable balance and all activity within this prisoner's account during the preceding six months or, if the prisoner has been incarcerated for less than six months, for the period of incarceration.

The printout reflects, for the reported period, an average monthly account deposit (i.e., total deposits divided by number of months) of _____, and an average monthly account balance (i.e., total deposits minus total withdrawals divided by number of months) of __$50.00__. There is a current spendable balance of __$22.00__.

Date: __7/24/07__

_____
Signature and Title of Authorized Official

__Lawrence Crane Correctional Facility__
Name of Institution