FILED

MAR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OSCAR BECK,                          )
                                     )
         Plaintiff,                  )
                                     )
    v.                               )  Civil Action No. 08-0137
                                     )
UNITED STATES MARINE CORPS,          )
                                     )
         Defendant.                  )

## ORDER

A prisoner plaintiff must submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of his complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. 28 U.S.C. § 1915. Plaintiff submits a copy of his Trust Account Statement for the period from 12/26/2005 to 05/26/2006. This time period covers neither the six-month period immediately preceding the filing of his complaint on or about September 28, 2007 in the United States District Court for the Eastern District of Michigan, nor the six-month period immediately preceding this Court's receipt of the case on or about January 24, 2008 upon its transfer. The Court, *sua sponte*, will give plaintiff additional time to file his Trust Account Statement.

Accordingly, it is hereby

ORDERED that, within thirty (30) days of entry of this Order, plaintiff shall submit a certified copy of his Trust Account Statement, including the supporting