UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OSCAR BECK | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 08-0137 RMU |
| US MARINE CORPS | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**REASSIGNMENT OF CIVIL CASE**
(non-calendar committee)

The above entitled action was assigned on April 11 2008 from Unassigned (9098)

to Judge Urbina because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Urbina
& Courtroom Deputy
Civil Case Processing Clerk
    Statistical