**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **OSCAR BECK, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No.: 08-0137 (RMU)** |
| | ) |
| **UNITED STATES MARINE CORP.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF APPEARANCE

The Defendant, the United States Marine Corp., respectfully requests that the Clerk of the

Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of

record for the Defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____

JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that a copy of the foregoing Notice of Appearance was mailed,

postage prepaid, on this 2nd day of July, 2008, to Plaintiff *pro se* at the following address:

Oscar Beck, Jr.
# 155893
Florence Crane Correctional facility
38 Fourth Street
Coldwater, MI 49036

              /s/

Judith A. Kidwell
Assistant U.S. Attorney
