UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR BECK, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 08-0137 (RMU) |
| UNITED STATES MARINE CORP., | ) ) ) |
| Defendant. | ) ) |

### DEFENDANT'S MOTION FOR AN ENLARGEMENT
### OF TIME TO FILE ANSWER OR OTHER RESPONSE

Defendant, the United States Marine Corp., through its undersigned attorneys, hereby respectfully request an enlargement of time, to and including August 8, 2008, within which to file its answer or other response to the complaint filed herein. Defendant's answer or other response is now due on July 8, 2008.

This is Defendant's first request for an enlargement of time for this purpose. Because the Plaintiff is an inmate and is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and Defendant, therefore, has not obtained his position as to the relief requested.

There is good cause for this motion. This case was transferred from the United States District Court for the Eastern District of Michigan, Southern Division. The transfer order from that Court indicates that the Court interpreted Plaintiff's complaint to be seeking an order compelling Defendant to correct a military record pursuant to 42 U.S.C. § 1983.

However, Plaintiff's complaint is handwritten and, from information obtained thus far, it appears that Plaintiff has filed numerous petitions with the Board of Corrections dating back to 1998. Thus, Defendant and undersigned counsel need additional time to obtain and review all of

Plaintiff's relevant records and prepare a proper response to his complaint.

Accordingly, Defendant is requesting an extension of time to and including August 8, 2008, to file its answer or other response to Plaintiff's complaint.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that a copy of the foregoing Motion for Enlargement of Time was mailed, postage prepaid, on this 2nd day of July, 2008, to Plaintiff *pro se* at the following address:

Oscar Beck, Jr.
# 155893
Florence Crane Correctional facility
38 Fourth Street
Coldwater, MI 49036

                                          /s/
                                      Judith A. Kidwell
                                      Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **OSCAR BECK, JR.,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No.: 08-0137 (RMU) |
| **UNITED STATES MARINE CORP.,** | ) |
| **Defendant.** | ) |

## ORDER

UPON CONSIDERATION OF Defendant's Motion for An Enlargement of Time to file its answer or other response to the complaint herein, any Opposition thereto, and the entire record herein, it is this _____ day of July, 2008,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including August 8, 2008, to file its answer or other response to the complaint herein.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Defendant's Counsel by ECF

Oscar Beck, Jr.
# 155893
Florence Crane Correctional facility
38 Fourth Street
Coldwater, MI 49036