7/14/08

Hello Ms. Judge "Urbina":

   I am writing you to ask for; would you "please" appoint me a council (or) lawyer to my case "Ms.". I cannot do this myself (you know this). I've tried the (Veteran's Legal Services) and all of the ones I've talked with, say wait until after I get a Discharge upgrade, and this is what I'm trying to do (or) part of it. It's very hard in here to find help. If there is anyway possible, send <u>Names</u> and <u>Numbers</u> of anyone that will help. "Oh", also let me say; If you have them investigate my case properly you will find reasons for 1). Wrongful Discharge, 2). Breach of enlistment Contract, 3). Wrongful Induction, as well as other violations of the Uniformed Codes Of Military Justice "Ms.", and that I should have my Discharge Upgrade <u>(to a Medical Under Honorable Conditions)</u>. This is <u>all</u> I ask for, what I should have already.

   Thank you for your care of these matters
Oscar Beck J. #155893
S-S-N = 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
Case Number - Civil Action - "080157"

137 RMU

*Oscar Beck J.* - 7/14/08